# M. Cabrera & Associates, PC

## Attorneys At Law

**A New Jersey Professional Corporation**

| | | |
|---|---|---|
| New York Address: | Tel: (845) 531-5474 | New Jersey Address: |
| 2002 Route 17M Unit 12 | Fax: (845) 230-6645 | 91-93 Van Buren Street |
| Rear Entrance – Top Floor | info@mcablaw.com | Newark, NJ 07105 |
| Goshen, NY 10924 | | |

**PLEASE ADDRESS ALL CORRESPONDENCE TO OUR NEW YORK ADDRESS**

Matthew M. Cabrera + Managing Attorney                                                                                 + Member NJ Bar
Joseph Reilly * + Supervising New York Attorney                                                                      * Member NY Bar

May 6, 2021

**Via ECF**

Honorable Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York (White Plains)
500 Pearl Street, Room 1950
New York, NY 10007

> Application granted. The initial conference scheduled for 5/13/2021 is adjourned to 6/17/2021 at 9:30 a.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             May 7, 2021

     Re:   Peniel Osoria-Cabrera v. Wells Fargo, N.A.
            Case No.: 7:20-cv-7761-PMH

Dear Judge Halpern:

     As you know, this Firm is counsel for the Plaintiff, Peniel Osoria-Cabrera in the above-captioned matter. Counsel wishes to advise the Court that all the remaining Defendants have come to initial terms regarding settlement and resolution of this case. Settlement Agreements have been forwarded and we are awaiting signatures. Upon receipt of the signed agreements and full satisfaction of the terms, a notice of dismissal shall be filed with the Court. Counsel has communicated with counsel for all the remaining Defendants and all parties request that the conference currently scheduled for May 13, 2021 be adjourned until June 17, 2021. It is the expectation of all parties that all matters regarding this case will be filed and resolved on or before the adjourned June 17, 2021 date.
     .

                                Respectfully,

                                */s/ Matthew M. Cabrera*
                              Matthew M. Cabrera, Esq.

CC:
David Sverdlov – Counsel for Experian Information Solutions, Inc.,
Evan Rutter – Counsel for Trans Union,
Charles Campbell – Counsel for Equifax