UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PENIEL OSORIA CABRERA,

                     Plaintiff,

v.                                                           **ORDER**

WELLS FARGO BANK N.A., et al.,            20-CV-7761 (PMH)

                     Defendants.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated:  White Plains, New York
          June 16, 2021

                                                              _____
                                                              Philip M. Halpern
                                                               United States District Judge